# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144120(59)(60)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RYAN MICHAEL BYLSMA,
      Defendant-Appellant.

_____

SC: 144120
COA: 302762
Kent CC: 10-011177-FH

On order of the Chief Justice, the motion by the Attorney General for leave to participate in oral argument to the extent of 5 minutes of the time allotted to plaintiff-appellee is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2012

_____
Clerk